UNITED STATES PLYWOOD CORPORATION *vs.* PIONEER
DISPLAY COMPANY & others.

Hampshire.    September 29, 1961. — November 7, 1961.

Present: WILKINS, C.J., SPALDING, WHITTEMORE, CUTTER, & KIRK, JJ.

*Practice, Civil,* Appeal, Order for judgment.

A general finding by a judge of the Superior Court in an action heard
upon a statement of agreed facts which amounted to a case stated was
in effect an order for judgment from which an appeal to this court lay
under G. L. (Ter. Ed.) c. 231, § 96.

No appeal to this court lies under G. L. (Ter. Ed.) c. 231, § 96, from a
judgment entered in an action at law pursuant to an order for judg-
ment on a case stated.

CONTRACT. Writ in the District Court of Hampshire
dated October 2, 1956.

Upon removal to the Superior Court the action was heard
by *O'Brien, J.*

*Edwin P. Dunphy,* for the defendants Victor W. Fitch
and another.

*Alvertus J. Morse, (Alvertus D. Morse* with him,) for the
plaintiff.

WILKINS, C.J.    This action of contract was heard upon
a statement of agreed facts, which amounted to a case
stated.    The judge found for the plaintiff against two de-
fendants, and on January 12, 1961, filed a paper entitled
"Finding of Court."    This was in effect an order for judg-
ment from which an appeal would have lain under G. L.
(Ter. Ed.) c. 231, § 96.    *Dedham* v. *Newton,* 320 Mass. 391,
392.    *Pepperell* v. *Somerville,* 321 Mass. 413.    *National
Cash Register Co.* v. *Warner,* 335 Mass. 736.    See *Corbett*
v. *Derman Shoe Co.* 338 Mass. 405, 407.    No such appeal
was taken.    After the expiration of the appeal period, the
plaintiff on February 14 filed a "motion for entry of judg-
ment" against those two defendants "according to the

finding of court entered on January 12." This motion was allowed on February 23. On March 1 these defendants filed an "appeal from the judgment of the court entered against them on February 23." Such an appeal is not authorized by G. L. (Ter. Ed.) c. 231, § 96. *Burnham* v. *Dollard,* 269 Mass. 530, 531. *Keljikian* v. *Star Brewing Co.* 303 Mass. 53, 61. See *Meadows* v. *Town Clerk of Saugus,* 333 Mass. 760, 761.

*Appeal dismissed.*